**Opinion filed August 1, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00051-CV

_____

**JACK LEE BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JACK LEE BISHOP TRUST, AND JENNIE BISHOP CHERRY, INDIVIDUALLY AND AS TRUSTEE OF THE JENNIE BISHOP TRUST, Appellants**

**V.**

**JOEL BISHOP, INDIVIDUALLY AND AS TRUSTEE OF THE JAY D. BISHOP TRUST AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF JAY D. BISHOP, DECEASED, ET AL., Appellees**

---

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CV32823**

---

### M E M O R A N D U M   O P I N I O N

Appellant Jennie Bishop Cherry, individually and as trustee of the Jennie Bishop Trust, has filed in this court a motion to dismiss her portion of this appeal.

In the motion, Jennie indicates that she no longer desires to prosecute this appeal because she has reached a settlement agreement with Appellees. Therefore, in accordance with Jennie's request, we dismiss her appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and this appeal is dismissed in part. The appeal remains active as to Appellant Jack Lee Bishop, individually and as trustee of the Jack Lee Bishop Trust.

PER CURIAM

August 1, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.